Dealer Name: Al Piemonte Used Car Outlet
Dealer Phone #: 630-532-5600
Dealer Fax #: 708-356-5161

**dealertrack technologies**

PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for [X] Individual Credit  [ ] Joint Credit
  [ ] Community Property State  [ ] Business Application
(2) [X] If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete only Section A.
(3) [ ] If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

_____ Applicant    _____ Co-Applicant

If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

## A. APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date |
|---|---|---|---|---|
| THOMAS | NATHAN | | 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 | 02-07-1978 |

| Address | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| 2515 SCOVILLE AV | | | | BERWYN | IL | 60402 |

| Home Phone | Cell Phone | Residential Status | Time at Address | Rent/Mtg. Pmt. $ |
|---|---|---|---|---|
| (708) 800-8425 | | [ ] Homeowner [X] Rent [ ] Family [ ] Other | 2 Yrs. 0 Mos. | 300.00 |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| | | | ___ Yrs. ___ Mos. |

| Previous Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Employer Name | Employment Type |
|---|---|
| CATHOLIC CHARITIE | [X] Employed [ ] Unemployed [ ] Self-employed [ ] Military [ ] Retired [ ] Student [ ] Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number |
|---|---|---|---|---|
| 3,000.00 | [ ] Weekly [ ] Bi-Weekly [X] Monthly [ ] Annually | | 1 Yrs. 6 Mos. | (312) 655-7000 |

| Previous Employer Name | Previous Employment Type |
|---|---|
| COYNE | [X] Employed [ ] Unemployed [ ] Self-employed [ ] Military [ ] Retired [ ] Student [ ] Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | 4 Yrs. 0 Mos. | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income |
|---|---|
| | |

## B. CO-APPLICANT INFORMATION

| Last Name | First Name | Middle Initial | Social Security Number | Birth Date | Relationship |
|---|---|---|---|---|---|
| | | | | | |

| Address | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Home Phone | Cell Phone | Residential Status | How Long | Rent/Mtg. Pmt. $ |
|---|---|---|---|---|
| | | [ ] Homeowner [ ] Rent [ ] Family [ ] Other | ___ Yrs. ___ Mos. | |

| E-Mail Address | Driver's License No. | Driver's License State | Time at Previous Address |
|---|---|---|---|
| | | | ___ Yrs. ___ Mos. |

| Previous Full Address (if less than 2 years) | Apt # / Suite # | P.O. Box | Rural Route | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

| Employer Name | Employment Type |
|---|---|
| | [ ] Employed [ ] Unemployed [ ] Self-employed [ ] Military [ ] Retired [ ] Student [ ] Other |

| Salary | Salary Type | Occupation | Length of Employment | Work Phone Number |
|---|---|---|---|---|
| | [ ] Weekly [ ] Bi-Weekly [ ] Monthly [ ] Annually | | ___ Yrs. ___ Mos. | |

| Previous Employer Name | Previous Employment Type |
|---|---|
| | [ ] Employed [ ] Unemployed [ ] Self-employed [ ] Military [ ] Retired [ ] Student [ ] Other |

| Previous Occupation | Length of Employment | Previous Work Phone Number |
|---|---|---|
| | ___ Yrs. ___ Mos. | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| Other Income (Monthly) | Source of Other Income |
|---|---|
| | |

Comments:

I consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the telephone number(s) provided in this credit application, including any cell phone numbers. I understand that this consent is not a condition of purchase or credit.

Initial to consent here _____



## DEALER SECTION

FOR Al Piemonte Used Car Outlet USE ONLY

| Dealer # | Vehicle Type | Mileage | Product Type | Stock Number | Source | Certified Pre Owned ☐ |
|---|---|---|---|---|---|---|
| 624494 | Used | 37000 | Retail | | Chrome | |

| Year | Make | Model | Trim | VIN |
|---|---|---|---|---|
| 2013 | DODGE | AVENGER | 4DR SDN SE | 1C3CDZAB1DN591040 |

| Term | Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 15,000.00 | 1,500.00 | 300.00 | 2,000.00 | | | | | 14,800.00 |

| Accident/Health Ins. | Credit Life Insurance | Gap | Service Plan | Back-End Fees | Est. Amt. Financed |
|---|---|---|---|---|---|
| | | | | | 14,800.00 |

| MSRP | Invoice/Wholesale Value | Wholesale Source | Retail Value | Retail Source | Estimated Payment | Requested APR |
|---|---|---|---|---|---|---|
| | 13,550.00 | NADA | 16,075.00 | NADA | | |

| Vehicle Bookout ☒ | Bookout Date 04/26/2014 | Lender Program |
|---|---|---|

**Vehicle Options**

### TRADE IN Information

| Year | Make | Model | Trim |
|---|---|---|---|
| | | | |

| Lienholder | Monthly Payment |
|---|---|

## AGREEMENT

You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers. This application will be reviewed by such financial institutions on behalf of themselves and us the dealer. In addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time whatsoever. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that we may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide us with such information. You further authorize us to gather whatever credit and employment history, we consider necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. We may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

By providing your cell phone number on this application, you are consenting to receive servicing and collection calls on your cell phone using an auto dialer or a prerecorded message. This consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract from the dealer.

DT1 12/13 v2

Printed on 04/26/2014 at 02:51 PM



## FEDERAL NOTICES

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT If applicable to your credit transaction, to help the government fight the funding of terrorism and money laundering activities, Federal law requires financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, you will be asked for your name, address, date of birth, and other information to identify you. You may also be asked to see your driver's license or other identifying documents.

## STATE NOTICES

**California Residents:** An applicant, if married, may apply for a separate account.

**Maine and Tennessee Residents:** You must have physical damage insurance covering loss or damage to the vehicle for the term of the contract. For a lease, you must also have the liability insurance as described in the lease. You may purchase required insurance through any insurance agent or broker and from any insurance company that is reasonably acceptable to us. You are not required to deal with any of our affiliates when choosing an agent, broker or insurer. Your choice of a particular insurance agent, broker or insurer will not affect our credit decision, so long as the insurance provides adequate coverage with an insurer who meets our reasonable requirements.

**New Hampshire Residents:** If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly payment amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. You would be entitled to receive the estimate before you enter into a balloon payment contract. A balloon contract is an installment sales contract with a final scheduled payment that is at least twice the amount of one of the earlier scheduled equal periodic installment payments.

**New York Residents:** In connection with your application for credit, a consumer report may be obtained from a consumer reporting agency (credit bureau). If credit is extended, the party or parties extending credit or holding such credit may order additional consumer reports in connection with any update, renewal or extension of the credit. If you ask, you will be told whether a consumer report was requested and, if so, the name and address of any consumer reporting agency (credit bureau) from which such credit report was obtained.

**Ohio Residents:** Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Rhode Island Residents:** Consumer reports may be requested in connection with this application. Buyer has the right of free choice in selecting an insurer to provide insurance required in connection with this transaction subject to our reasonable approval in accordance with applicable law.

**Vermont Residents:** You authorize us and any financial institution with which this credit application is shared, and each of their respective employees or agents, to obtain and verify information about you (including one or more credit reports, information about your employment and banking and credit relationships) that they may deem necessary or appropriate in evaluating your credit application. If your credit application is approved and credit is granted, you also authorize the parties granting credit or holding your account, and their respective employees and agents, to obtain additional credit reports and other information about you in connection with reviewing the account, increasing the available credit on the account (if applicable), taking collection on the account, or for any other legitimate purpose.

**Married Wisconsin Residents:** No provision of any marital property agreement, any unilateral statement under Wis. Stat § 766.59 or any court decree under § 766.70 applied to marital property adversely affects our interest unless you furnish a copy of the agreement, statement, or court decree or we have actual knowledge of such adverse provision before credit is granted. If you are making this credit application individually and not jointly with your spouse, complete Section A about yourself and Section B about your non-applicant spouse. Your non-applicant spouse should not sign the credit application if you are applying for individual credit.

This application may be submitted to the following financial institutions (Name(s) and Address(es)) _____

BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON THE PAGES OF THIS APPLICATION.

X _____ 4-26-14   X _____
APPLICANT'S SIGNATURE    DATE    CO-APPLICANT'S SIGNATURE    DATE

COPYRIGHT (C) 2013 DEALERTRACK, INC. ALL RIGHTS RESERVED.
Page 3 of 3                    DT1 12/13 v2                    Printed on 04/26/2014 at 02:51 PM